| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone:  (415) 977-8937<br>Facsimile:  (415) 744-0134 |
| 7 | E-Mail: Elizabeth.Firer@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SAVUTH EM,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 1:10-CV-01414 LJO SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Confidential Letter Brief up to and including March 14, 2011 (day 30 falls on a Sunday).  This extension is necessary because the undersigned attorney for the Commissioner needs additional time to discuss the issue raised in Plaintiff's letter with her client.

///

///

///

///

Respectfully submitted,

Dated: February 14, 2011
*/s/Sengthiene Bosavanh*
SENGTHIENE BOSAVANH
(as authorized via telephone 2/14/11)
Attorney at Law

Attorney for Plaintiff

Dated: February 14, 2011
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:
*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   February 15, 2011**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE