BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAVUTH EM,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　Defendant. | CIVIL NO. CV F 10-CV-01414 LJO SKO<br><br>STIPULATION AND PROPOSED ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for a fully favorable decision.

According to 20 C.F.R. § 416.962, a claimant who is at least 55 years old, has no more than a limited education and no past relevant work should be found disabled without assessing RFC if he has any severe, medically determinable impairments. 20 C.F.R. § 416.962(b). Social Security Ruling (SSR) 82-63 also directs that someone who "has a severe impairment of any nature, is of advanced age, has only the limited educational competence required for unskilled work, and has no work experience at all or no recent and relevant work experience" is disabled. The ALJ found that Plaintiff had severe impairments consisting of a depressive disorder NOS, post-traumatic stress disorder, right macula edema

and suspected glaucoma (AR 12).  Plaintiff was 56 at the time he applied for SSI and he is illiterate in English (AR 15).  The hearing testimony indicates that Plaintiff has no formal education (AR 21-22). The ALJ also found that Plaintiff has no past relevant work (AR 15) and Plaintiff testified that he had not worked since 1982 (AR 22).  Accordingly, Plaintiff meets the criteria of 20 C.F.R. § 416.962(b) and the special "No Work Experience" profile set forth in SSR 82-63 and is disabled.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: March 3, 2011  /s/Sengthiene Bosavanh
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: March 3, 2011  BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

This Court APPROVES the parties' stipulation and enters this order thereon.  This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 4, 2011**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE