# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVUTH EM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | 1:10-cv-01414-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S APPLICATION FOR AN AWARD OF EAJA FEES BE GRANTED IN THE AMOUNT OF $3,476.34**<br><br>**(Doc. 28)** |

On March 2, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's application for an award of fees pursuant to the Equal Access to Justice Act ("EAJA") be granted in the amount of $3,476.34. (Doc. 28.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within 15 days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on March 2, 2012, are ADOPTED IN FULL; and

2. Plaintiff's application for an award of attorneys' fees is GRANTED in the amount of $3,476.34:

    a. Plaintiff is awarded $1,575.54 for time expended by Ms. Bosavanh, Esq.;

    b. Plaintiff is awarded $1,900.80 for time expended by Mr. Wilborn, Esq.; and

3. Plaintiff shall be paid in accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

IT IS SO ORDERED.

**Dated:   March 23, 2012**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE