# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVUTH EM,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:10-cv-01414-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) BE GRANTED**<br><br>**(Docs. 27, 30)** |

On April 30, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's counsel's motion for attorney's fees be granted. (Doc. 30.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within seven (7) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on April 30, 2012, are ADOPTED IN FULL; and

2. Plaintiff's counsel's motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b) is GRANTED in the amount of $9,357.63; and

3. Plaintiff's counsel is ordered to refund to Plaintiff $3,476.34 of the Section 406(b) fees awarded as an offset for EAJA fees previously awarded pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

**Dated:**   May 10, 2012                             /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

2